## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

JEROME L. SCHMIDT and
LAURA A. SCHMIDT,

    Plaintiffs,

    v.                                      CASE NO. 05-C-0605

PATRICK J. HUDEC, MARY HUDEC, and
UNITED STATES OF AMERICA,

    Defendants.

## **ORDER**

Before the Court is the United States of America's Motion for Court to Determine Sufficiency of Responses to Requests for Admissions, Compel Proper Responses to Document Requests, and Extend the Dispositive Motion Deadline.

After reviewing Patrick J. Hudec's answers to the United States' First Request for Admissions, the Court finds those answers to be insufficient under Rule 36 of the Federal Rules of Civil Procedure. Therefore, the United States' Motion to Determine Sufficiency of Responses to Requests for Admissions is GRANTED. In accordance with Fed. R. Civ. P. 36(a), Patrick Hudec IS HEREBY ORDERED to serve on counsel for the United States sufficient and complete answers to the United States' First Request for Admissions within fifteen (15) days of the date of this Order and, within the same time frame, file with this Court a certificate stating that he has served

those answers. If Patrick Hudec fails to serve the answers by that date and file a certificate of service, the Court deems the requests for admissions admitted.

And for good cause shown, **IT IS HEREBY ORDERED** that the United States' Motion to Compel Proper Responses To Document Requests and Extend Dispositive Motion deadline is **GRANTED**. Therefore, Patrick Hudec **IS HEREBY COMPELLED** to serve on counsel for the United States and file with this Court complete and adequate responses to the United States' First Request for Production of Documents within fifteen days (15) of the date of this Order.

And the dispositive motion deadline has been extended to a date that is fifteen (15) days after Patrick Hudec has fully and adequately responded to all discovery requests or the admissions served on him by the United States have been deemed admitted.

Dated at Milwaukee, Wisconsin, this 7th day of November, 2006.

BY THE COURT:

s/J.P. Stadtmueller
J. P. STADTMUELLER
U.S. District Judge